AUSA:  Timothy J. Wyse  Telephone: (313) 226-9144
AO 91 (Rev. 11/11) Criminal Complaint  Special Agent:  Kimberly Coombs  Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

D-1 Zaakir Ahman Nelton,
D-2 Asia Simpson

Case No. 24-30517

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November and December of 2023__ in the county of __Wayne and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Wire Fraud |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1029 | Access Device Fraud |
| 18 U.S.C. § 1956 | Money Laundering |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Kimberly Coombs*
*Complainant's signature*

Kimberly Coombs, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 4, 2024

*Judge's signature*

City and state: Ann Arbor, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kimberly Coombs, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2022. I successfully completed the Basic Field Training Course at the FBI Academy in Quantico, Virginia, where I received extensive training in conducting criminal investigations. I am currently assigned to the FBI Detroit Field Office and my responsibilities include investigation into violations of federal criminal law. I have more than two years of federal criminal investigative experience and have been involved in numerous investigations, including other fraud investigations.

2. This affidavit is being submitted in support of a criminal complaint for Zaakir Nelton (NELTON) and Asia Simpson (SIMPSON), in violation of 18 U.S.C. § 1349 (Conspiracy to Wire Fraud), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1028A (Aggravated Identity Theft), 18 U.S.C § 1029 (Access Device Fraud), and 18 U.S.C § 1956 (Money Laundering).

3. NELTON and SIMPSON have engaged in a scheme involving the purchase and laundering of cryptocurrency using stolen credit card information that has victimized RockWallet, a Virtual Asset Service Provider (VASP).

1

4. The information contained in this affidavit is based on my training, experience, personal knowledge, observations, information provided to me by law enforcement officers, information provided to me by RockWallet, and my review of documents and communications with others who have personal knowledge of the events and circumstances described herein. Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

## PROBABLE CAUSE

*Summary of the Scheme*

5. NELTON and SIMPSON (1) established fraudulent accounts at RockWallet, (2) obtained stolen credit card data and personally identifying information (PII), (3) used the stolen credit card data and PII to purchase Bitcoin, Litecoin, and Ethereum from RockWallet, depositing it in the previously established fraudulent accounts, and (4) laundered the fraudulently obtained funds by transferring the money outside of RockWallet.

6. At least 87 fraudulent RockWallet accounts were created by NELTON, SIMPSON, and/or unknown coconspirators between November 25, 2023 and November 28, 2023, utilizing fraudulent identification documents.

*Background on Rock Wallet*

7. RockWallet is a self-custodial digital asset wallet and financial technology company that allows for digital storage and trading by customers in the United States.

8. RockWallet has two distinct Know Your Customer (KYC) processes, a Tier 1 process that only requires a customer to provide a name, address, social security number (SSN), and date of birth (DOB), and a Tier 2 process that requires a customer to submit their name, address, SSN, DOB, and a video of themselves with an identity document, such as a driver's license or passport.

9. RockWallet uses a digital background check service, called Sardine, to validate information provided during the Tier 1 KYC process. A service called Veriff performs this service for the Tier 2 KYC process.

10. A Tier 1 customer is limited to purchasing $2,000 worth of cryptocurrency per week, whereas a Tier 2 KYC customer has a higher per-week limit.

11. If a customer attempts to establish a Tier 2 KYC account, but fails to qualify, their account will be categorized as a Tier 1 KYC account.

12. When a customer creates a public wallet address using RockWallet, they receive a unique public digital key. Upon the creation of a new wallet, a customer can import a public key from a different RockWallet account. If the same

3

public key is used across two or more accounts, it demonstrates that a common individual or device had access to multiple accounts.

13. RockWallet generates device IDs associated with public keys that it provides to customers. Device IDs are unique, internally created alphanumeric codes that are derived from data collected from devices used to access RockWallet. If the same device ID is utilized across two or more accounts, it demonstrates that the same device was used to access multiple accounts.

*The Subjects*

14. NELTON is a 31-year-old male that lives on Lillian Avenue, in Warren, MI.

15. SIMPSON is a 22-year-old female that resides on Sears Street, in Highland Park, MI.

*Tier 2 KYC Accounts Linked to NELTON and SIMPSON*

16. The following describes Tier 2 KYC accounts that NELTON and SIMPSON either established or attempted to establish with RockWallet.

17. On November 26, 2023, SIMPSON created a Tier 2 KYC account with RockWallet using an email address with the domain @icloud.com and the Sears Street address. SIMPSON provided, as part of the application process, a video of herself holding her driver's license. I have reviewed SIMPSON'S driver's license on file with the State of Michigan along with this video, and the person in

4

the video appears to be SIMPSON. RockWallet's system assigned PUBLIC KEY #1 and DEVICE ID #1 to this account.

18.     On November 25, 2023, NELTON created a Tier 2 KYC account using an email address with the domain @dpsols.com and the Lillian Avenue address. NELTON provided, as part of the application process, a video of himself holding his driver's license. I have reviewed NELTON's driver's license on file with the State of Michigan along with this video, and the person in the video appears to be NELTON. RockWallet's system assigned PUBLIC KEY #2 and DEVICE ID #2 to this account.

19.     On November 26, 2023, NELTON attempted to create a second Tier 2 KYC account. As part of the application process, he submitted a video, which I have reviewed, of him holding a passport. The address listed on Nelton's driver license was provided for this account along with an email address with the domain @dpsols.com. This account was denied Tier 2 KYC status after Veriff flagged this account as having the same owner as the account in the previous paragraph. RockWallet's system assigned PUBLIC KEY #3 and DEVICE ID #3 to this account.

20.     On November 26, 2023, NELTON attempted to create another Tier 2 KYC account. As part of the application process, he provided an image of a passport in the name of P.P. which I have reviewed. The photo on the passport

5

image depicts a male with dark skin and black hair, who does not appear to match the appearance of either NELTON or the real P.P. The email address used to establish the account used the domain @bustayes.com. This account was denied Tier 2 KYC status after Veriff (1) flagged that a device screen was used to display the identification document purporting to be the account establisher, and (2) linked NELTON's face (from the ID and/or video submission) to other accounts with different dates of births and different names. I have reviewed the image of NELTON in this submission and recognized him as being the same individual in the submission for the Tier 2 KYC account described above that NELTON successfully created. RockWallet's system linked PUBLIC KEY #3 and DEVICE ID #3 to this account.

21. On November 27, 2023, NELTON attempted to create a Tier 2 KYC account by impersonating another individual. This account was denied Tier 2 KYC privileges after Veriff identified that the name submitted for the account did not match the name on the identification document provided. The email used for this account used the domain @cumzle.com. I identified NELTON as the individual in the identity submission used to establish the account. RockWallet's system linked PUBLIC KEY #1 and DEVICE ID #1 to this account.

22. On November 27, 2023, NELTON attempted to create a Tier 2 KYC account by impersonating another individual. As part of the application process,

6

NELTON provided an image, which I have reviewed, of a permanent residence ID card on his computer screen with the name of S.C. (a female) – but with a picture of a male who does not match the appearance of Nelton. The email used for this account used the domain @cumzle.com. This account was denied Tier 2 KYC privileges after Veriff (1) flagged that a device screen was used to display the identification document purporting to be the account establisher, and (2) linked NELTON's face (from the ID submission) to other accounts with different dates of births and different names. I identified NELTON as the individual in the identity submission used to establish the account. RockWallet's system linked PUBLIC KEY #1 and DEVICE ID #1 to this account.

23. On November 27, 2023, NELTON attempted to create a Tier 2 KYC account by impersonating another individual. As part of the application process, NELTON submitted a driver's license with a female face on the license in the name of A.G.T., which I have reviewed. The email used for this account used the domain @cumzle.com. This account was denied Tier 2 KYC privileges after Veriff identified that the name submitted for the account did not match the name on the identification document provided. I identified NELTON as the individual in the identity submission used to establish the account. RockWallet's system linked PUBLIC KEY #1 and DEVICE ID #1 to this account.

*Tier 1 KYC Accounts Linked to NELTON and SIMPSON*

24. A total of 80 fraudulent RockWallet accounts that were initiated as Tier 1 KYC accounts have been linked to NELTON, SIMPSON, and/or unknown coconspirators.

25. These accounts are linked to either (1) each other and/or (2) Tier 2 KYC accounts established or attempted to be established by NELTON and SIMPSON via connections that include public keys or device IDs.

26. The connections include common public keys. PUBLIC KEY #1 was used 49 times among these 80 accounts, PUBLIC KEY #2 was used 1 time, and PUBLIC KEY #3 was used 2 times.

27. The connections include common device IDs. DEVICE ID #1 was used 49 times among these 80 accounts, DEVICE ID #2 was used 1 time, and DEVICE ID #3 was used 2 times. Additional device IDs were also linked to the scheme.

28. Each of these 80 accounts were opened on either November 27 or 28, 2023 – within two days after Simpson and Nelton opened the accounts described in the previous section.

29. The connections include the repeated use of the email domains @cumzle.com (28 times), @bustayes.com (16 times), @dpsols.com (29 times), or @frandin.com (13 times). Each of these email domains are owned by

8

PrivacyGuardian.org llc, registered by NameSilo LLC. As described in the previous section, emails with the domains @cumzle, @bustayes, and @dpsols were used by NELTON in attempts to establish Full KYC accounts.

30. Records from RockWallet also demonstrate the involvement of an individual or individuals using accounts linked to PUBLIC KEY #4 and DEVICE ID #4, which were each linked to the same 35 accounts among the 80. These accounts can be linked to NELTON and SIMPSON both because of the timeline of establishing accounts used for fraud between November 25 – 28, 2023 and because these 35 accounts used various email addresses with @bustayes.com, @dpsols.com, @frandin.com, and @cumzle.com domains.

*Use of Stolen Identities*

31. The government has also identified the following victims of identity theft associated with accounts linked to NELTON and SIMPSON.

32. C.J. is a real person whose identity was used to create one of these RockWallet accounts. C.J. has been interviewed, and they stated that they neither established an account at RockWallet nor authorized anyone to establish an account on their behalf. The credit card used to purchase cryptocurrency on the account using their identity at RockWallet was not owned by C.J. They did not recognize the email address with the domain @cumzle.com, which was used to set up the account.

9

33. K.M. is a real person whose identity was used to create one of these RockWallet accounts. K.M. has been interviewed, and they stated that they neither established an account at RockWallet nor authorized anyone to establish an account on their behalf. The credit card used to purchase cryptocurrency on the account using their identity was not owned by K.M. They did not recognize the email address with the domain @cumzle.com, which was used to set up the account.

34. P.M. is a real person whose identity was used to create one of these RockWallet accounts. P.M. has been interviewed, and they stated that they neither established an account nor authorized anyone to establish an account on their behalf. The credit card used to purchase cryptocurrency on the account using their identity was not owned by P.M. They did not recognize the email address with the domain @cumzle.com, which was the email used to set up the account.

*Purchases of Cryptocurrency by the RockWallet Accounts*

35. These accounts were funded largely – and perhaps exclusively – using stolen credit/debit card data. In some cases, credit card companies have requested chargebacks based on the use of stolen data. In other cases, RockWallet preemptively refunded purchases when it identified that the purchases were made by accounts linked to Nelton and/or Simpson.

10

36. Fraudulent accounts linked to NELTON and SIMPSON engaged in a common transaction pattern. An initial purchase of $500 was typically attempted. If unsuccessful due to the credit/debit card spending limit, the purchase amount would be lowered until a successful purchase was made. If the initial $500 attempt was successful, additional purchases would be made until a limit was reached on the stolen card or until they hit RockWallet's weekly limit for a Tier 1 KYC account.

*Transfers of Funds from RockWallet*

37. Once the purchases were made, the conspirators would move the cryptocurrency out of the RockWallet accounts – moving it to (and often through) other cryptocurrency addresses not controlled by RockWallet. Most of these transactions occurred on November 27 and 28, 2023.

38. The exact path varied, but – as described below, additional money from other sources flowed to and through the same accounts to which funds from RockWallet were transferred. The pattern of the movement has obfuscated the origin of the original stolen funds, and it also suggests that additional cryptocurrency exchanges may have been victimized by a similar scheme.

39. As of December 2, 2023, cryptocurrency valued at $1.44 million was present in accounts of the VASP HitBTC that are linked to transfers from the RockWallet accounts described herein.

40.  The path taken by cryptocurrency purchased through RockWallet was dependent on the type of cryptocurrency that was originally purchased on RockWallet.

*LITECOIN Transfers*

41.  Litecoin fraudulently purchased on RockWallet by accounts linked to NELTON and SIMPSON aggregated to three different addresses that are not associated with any VASP. The funds passed through various other addresses – and between the three addresses themselves – before settling at these destinations at approximately 1:10 a.m. on November 28, 2023:[1]

    a.  ADDRESS #1: Litecoin valued at approximately $15,098.08.

    b.  ADDRESS #2: Litecoin valued at approximately $16,706.40.

    c.  ADDRESS #3: Litecoin valued at approximately $1,029.91.

42.  On November 28, 2023, at 3:44 a.m., ADDRESS #1 received about $190 from an address at VASP HitBTC, HitBTC A. Between November 27 – 28, 2023 ADDRESS #2 received about $3,600 from HitBTC A as well.

43.  On November 28, 2023, at 7:23 p.m., ADDRESS #3 received Litecoin valued at approximately $369 from an address at VASP Binance, Binance A.

---

[1] Addresses not linked to a VASP will be numbered, whereas addresses linked to a VASP will be serialized by noting the VASP and serializing by letter designations.

44. At 8:18 p.m. on November 28, 2023, ADDRESS #1 sent Litecoin valued at approximately $5,790 to an address at the VASP HitBTC, HitBTC B.

45. On November 28, 2023, at 8:18 p.m., ADDRESS #1 sent Litecoin valued at approximately $4,290 to ADDRESS #4, which then sent Litecoin valued at approximately $4,280 to another address at HitBTC, HitBTC C.

46. On November 30, 2023, ADDRESS #3 sent about $3,490 to another non-VASP address, ADDRESS #5.

47. On December 3, 2023 ADDRESS #2 sent Litecoin valued at approximately $2,390 to another address at HitBTC, HitBTC D.

48. Between November 27 and December 2, 2023, ADDRESS #5 sent Litecoin valued at approximately $1.44 million to various addresses at HitBTC. Funds for these transfers originated from locations including ADDRESS #3, addresses at the VASP Binance, as well as other non-VASP addresses. ADDRESS #5 had no activity prior to November 27, 2023 and has had no activity after December 3, 2023.

49. On November 29, 2023, ADDRESS #5 received Litecoin valued at approximately $7,430 from an address at the VASP Binance, Binance B. Additionally, ADDRESS #5 sent Litecoin valued at approximately $591,000 to four other addresses at Binance (Binance C, D, E, and F) between November 27 and December 3, 2023.

13

*BITCOIN Transfers*

50. On November 28, 2023, bitcoin valued at approximately $335 fraudulently purchased from RockWallet by accounts linked to NELTON and SIMPSON was sent directly to ADDRESS #6. On November 28, 2023, ADDRESS #6 sent bitcoin valued at approximately $329 to ADDRESS #7. ADDRESS #7 also received bitcoin valued at approximately $9,720 from an address at HitBTC, HitBTC E, between November 28 and 29, 2023.

*ETHEREUM Transfers*

51. Between November 27 and 28, 2023, Ethereum valued at approximately $1,430 fraudulently purchased from RockWallet by accounts linked to NELTON and SIMPSON was transferred to ADDRESS #8 before being sent to ADDRESS #9. Between November 27 and 28, 2023, ADDRESS #9 then sent Ethereum valued at approximately $1,430 to ADDRESS #10. On December 1, 2023, ADDRESS #10, in turn, sent Ethereum valued at approximately $2,400 to various addresses at HitBTC.

## **CONCLUSION**

Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1349 (Conspiracy to Wire Fraud), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1028A (Aggravated Identity Theft), 18 U.S.C § 1029 (Access Device Fraud), and 18

14

U.S.C § 1956 (Money Laundering) have been committed by **ZAAKIR NELTON** and **ASIA SIMPSON.**

Respectfully submitted,

*Kimberly Coombs*
Kimberly Coombs
Special Agent
FBI

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Dated: December 4, 2024